| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: MIDDLE DISTRICT OF ALABAMA | |
| Case number *(if known)* _____ Chapter **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
   AGF Machinery, LLC

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  
   26-1353389

4. **Debtor's address**

   **Principal place of business**  
   1760 Reeves St.  
   Dothan, AL 36303  
   Number, Street, City, State & ZIP Code

   Houston  
   County

   **Mailing address, if different from principal place of business**  
   7366 Gulf Blvd.  
   Navarre, FL 32566  
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**  
   _____  
   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)  
   agfmachinery.com

6. **Type of debtor**  
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

| Debtor | AGF Machinery, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | AGF Machinery, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☒ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | AGF Machinery, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    8/12/2020
                 MM / DD / YYYY

X _/s/ Jeffrey L. Washington_                     **Jeffrey Lee Washington**
    Signature of authorized representative of debtor            Printed name

Title    **Member**

**18. Signature of attorney**

X    /s/ Edward J. Peterson                 Date    8/12/2020
    Signature of attorney for debtor                         MM / DD / YYYY

**Edward J. Peterson Alabama Bar No. 1848-E68E**
Printed name

**Stichter, Riedel, Blain & Postler, P.A.**
Firm name

**110 E. Madison St.**
**Suite 200**
**Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone   **(813) 229-0144**     Email address   **epeterson@srbp.com**

Ally Financial
P.O. Box 8100
Dothan, AL 36303

Attorney General of the United States
950 Pennsylvania Ave., N.W.
Washington, DC 20530-0001

Bank of the West
475 Sansome St., 19th Floor
NC-Tri-19-A
San Francisco, CA 94111

Chrysler Capital
P.O. Box 660335
Dallas, TX 75266-0335

CIT Bank, N.A.
10201 Centurion Pakway N., #100
Jacksonville, FL 32256

CIT Bank, N.A.
P.O. Box 550599
Jacksonville, FL 32255-0599

De Lage Landen Financial Services, Inc.
1111 Old Eagle School Rd.
Wayne, PA 19087

Dell Financial
P.O. Box 81577
Austin, TX 78708-1577

Dodge Data & Analytics, LLC
830 3rd Ave., 6th FL
New York, NY 10022

First Corporate Solutions, as
Representative
914 S. St.
Sacramento, CA 95811

FirstLease, Inc.
1 Walnut Grove Dr., #300
Horsham, PA 19044

Ford Motor Credit Co.
National Bankruptcy Service Center
P.O. Box 62180
Colorado Springs, CO 80962

GreatAmerica Financial Services Corp.
625 First St., #800
Cedar Rapids, IA 52401-2030

Husqvarna Construction Finance
17400 W 119th St.
Olathe, KS 66061

Interstate Billing Service
P.O. Box 2250
Decatur, AL 35609

Kubota Credit Corporation USA
4400 Amon Carter Blvd., #100
Fort Worth, TX 76155

Kubota Credit Corporation, USA
P.O. Box 2046
Grapevine, TX 76099

Larry and Helen Holcomb
1497 Coosa County Rd. 78
Sylacauga, AL 35151

Michael Butler Broadcasting
P.O. Box 780146
Tallassee, AL 36078

Northpoint Commercial Finance, LLC
11675 Rainwater Dr., #450
Alpharetta, GA 30009

PNC Equipment Finance, LLC
655 Business Center Dr.
Horsham, PA 19044

R. Michael Thompson, Esq.
Thompson, O'Brien, Kemp & Nasuti
40 Technology Pkwy. S., #300
Norcross, GA 30092

Rand-Reilly, LLC
Data Proucts
P.O. Box 2029
Tuscaloosa, AL 35403

Red Clay Consulting
PO Box 998
Alexander City, AL 35010

Robert Gardner, Jr.
514 N. E. Blvd.
Montgomery, AL 36117

ServisFirst Bank
2500 WoodCrest Place
Birmingham, AL 35209

Skyjack Financial Services
207 N. Michigan Ave., #200
Howell, MI 48843

South Hood, LLC
165 East University Drive
Auburn, AL 36830

Ricky Spratlin
990 Mahone Barnett Rd.
Tuskegee, AL 36083

Stearns Bank, N.A.
500 13th St.
Albany, MN 56307

Susan Y. Hardwick
1981 Highway 87 S
Navarre, FL 32566

Synovus Bank
1148 Broadway, 4th Floor W Suite
Columbus, GA 31901

Terex Corp.
dba Terex Construction Americas
8800 Rostin Rd.
Southaven, MS 38671

Terex Financial Services, Inc.
200 Nyala Farm Rd.
Westport, CT 06880

Tiger Tire & Auto
1994 Lee Road 137
Auburn, AL 36832

Trackunit
700 Commerce Dr., #500
Oak Brook, IL 60523

U.S. Attorney
Attn: Civil Process Clerk
131 Clayton St.
Montgomery, AL 36104

U.S. Bank
200 S. 6th St.
Minneapolis, MN 55402

U.S. Bank Equipment Finance
1310 Madrid St., #101
Marshall, MN 56258-4002

U.S. Small Business Administration
2 North St., #320
Birmingham, AL 35203

United Leasing, Inc.
3700 Morgan Ave.
Evansville, IN 47715

USMD, LLC
7366 Gulf Blvd.
Navarre, FL 32566

VFS US, LLC
P.O. Box 26131
Greensboro, NC 27402

Wacker Neuson Finance
P.O., Box 609
Cedar Rapids, IA 52406

Wacker Neuson Sales Americas, LLC
N92 W15000 Anthony Ave.
Menomonee Falls, WI 53051

Wells Fargo Bank, N.A.
300 Tri-State International, #400
Lincolnshire, IL 60069

Wells Fargo Commercial Distribution
Finance, LLC
P.O. Box 957408
Schaumburg, IL 60195

Western Equipment Finance, Inc.
P.O. Box 640
Devils Lake, ND 58301

```
WMJSHR Investments, LLC
P.O. Box 1207
Dothan, AL 36302
```